**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        The Creative Chateau, LLC v. The City of Houston

Appellate case number:    01-21-00327-CV

Trial court case number:   2019-44108

Trial court:                       215th District Court of Harris County

On October 19, 2021, appellant, The Creative Chateau, LLC, filed an unopposed motion for leave to exceed the word count prescribed by Texas Rule of Appellate Procedure 9.2. *See* TEX. R. APP. P. 9.2(i)(2)(B). Appellant seeks leave to exceed the word count for its appellant's brief, as well as the aggregate word count for all briefs, by 5,000 words, which would enlarge the maximum length of appellant's brief to 20,000 words and aggregate word count for all briefing of appellant to 32,000 words. Appellant represents that it seeks leave to exceed the word limit because there are several issues on appeal and "it has become clear that the 15,000 and 27,000-word limits . . . will prevent [appellant] from adequately briefing the issues on appeal."

Appellant's motion includes a certificate of conference stating that the relief requested in the motion is unopposed by appellee, the City of Houston. *See* TEX. R. APP. P. 10.1(a)(5), 10.3.

Appellant's motion is **granted**. *See* TEX. R. APP. P. 9.4(i)(4). Appellant's brief must not exceed 20,000 words, and the aggregate of all briefs filed by appellant must not exceed 32,000 words.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                              ☑ Acting individually      ☐ Acting for the Court

Date:   ___October 28, 2021_____